UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | Honorable Sunil R. Harjani |
| | } | |
| v | } | |
| | } | Case No. 16 cv 2521 |
| Jesus Ruiz | } | |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

It appearing that the above-captioned case requires further judicial action, I therefore recommend to the Executive Committee that this case be reassigned by lot to an active judge. The reasons for my recommendation are indicated on the reverse of this form.

**THOMAS G. BRUTON, CLERK**

/s/ Lorenzo Walker
Deputy Clerk

Dated: December 27, 2024

### ORDER OF THE EXECUTIVE COMMITTEE

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case by lot to an active judge of the Court in accordance with the Rules.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge Virgina M. Kendall

Dated: December 27, 2024

| | | |
|---|---|---|
| IOP13(b) | [] | This cause is currently pending on the Fugitive Calendar having previously been assigned to the calendar of Judge ; it is recommended that it be reassigned back to Honorable Judge as it appears to require further judicial action. |
| LR40.5 | [] | Pursuant to the provisions of LR 40.5, this cause is to be reassigned by lot having been reversed and remanded pursuant to a mandate issued by the U.S. Court of Appeals, 7th Circuit. |
| IOP13(J) | [X] | This cause having last been assigned to the calendar of Honorable Judge Charles R. Norgle, Sr. who is no longer sitting; it is recommended that it be reassigned to the calendar of an active judge of this court as it appears to require further judicial action. |