**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**


It appearing that 16-cv-02521, *United States of America v. Ruiz,* a Motion to Vacate Sentence is currently assigned to the Hon. Sunil R. Harjani; and

It further appearing that the underlying criminal case 96-cr-00407, *United States of America v. Varela et al,* is assigned to the Honorable Martha M. Pacold; therefore

It is hereby ordered that 16-cv-02521*, United States of America v. Ruiz,* shall be reassigned to Judge Martha M. Pacold pursuant to Local Rule 40.3.



**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**



_____
Chief Judge Virginia M. Kendall



Dated at Chicago, Illinois this 3rd day of January, 2025.